DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

KSENYA KRYLIOUK,

Appellant,

v.

BELL TOWER SHOPS LLC; MADISON MARQUETTE LEASING, INC.;
and ANDY FRAIN SERVICES, INC.,

Appellees.

No. 2D21-1695

_____

September 21, 2022

Appeal from the Circuit Court for Lee County; Joseph C. Fuller, Jr.,
Judge.

Mikel R. Kinser, Joseph R. North and Joseph R. North, Jr., of The
North Law Firm, P.A., Fort Myers, for Appellant.

P. Brandon Perkins of Campbell Conroy & O'Neil, Plantation, for
Appellee Bell Tower.

Ezequiel Lugo of Bank Lopez Gassler, P.A., Tampa, for Appellee
Madison.

No appearance for remaining Appellee.

PER CURIAM.

Affirmed.

CASANUEVA, SILBERMAN, and LaROSE, JJ., Concur.

_____

Opinion subject to revision prior to official publication.